IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OCAMPO., et al., )<br>)<br>           Plaintiffs, )<br>)<br>      vs. )<br>)<br>TALAKSOON KHADEMI, et al., )<br>)<br>           Defendants. )<br>_____ ) | **Old Case No. 1:11cv01129 LJO DLB**<br>**New Case No. 1:11cv01129 LJO SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

    Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:11cv01129 LJO SMS.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

    IT IS SO ORDERED.

    Dated: __August 2, 2011__              __/s/ Dennis L. Beck__
                                                                      UNITED STATES MAGISTRATE JUDGE

1