BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER OCAMPO, a Minor, by and through his Guardian Ad Litem, Lorena Guzman; LORENA GUZMAN, Individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>TALAKSOON KHADEMI, D.O.; FAMILY HEALTH CARE NETWORK; KAWEAH DELTA HEALTH CARE DISTRICT and DOES 1 to 100,<br><br>            Defendants. | Case No. 1:11-cv-01129-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and among the parties[1] to the above-captioned action, through their designated counsel, that this action be dismissed without prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure.

---

[1] The United States of America has been substituted for Defendants Talaksoon Khademi, D.O., and Family Healthcare Network by operation of 28 U.S.C. § 2679(d)(1). See Certificate of Scope of Employment, Doc. 1-1 at pp. 8-9.

```
                                        Respectfully submitted,

Dated: September 26, 2011.              BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        United States of America


Dated: September 23, 2011.              LAW OFFICES OF CARL A. McMAHAN

                                        [Authorized 9/23/11]

                                  By:   /s/ Carl A. McMahan
                                        CARL A. McMAHAN
                                        Attorney for Plaintiffs


Dated: September 20, 2011.              NELSON ROZIER & BETTENCOURT

                                        [Authorized 9/20/11]

                                  By:   /s/ Jeffery S. Nelson
                                        JEFFERY S. NELSON
                                        Attorneys for Defendant
                                        Kaweah Delta Health Care
                                        District
```

## ORDER

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   September 26, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE